# United States District Court
# For The Western District of North Carolina
# Statesville Division

STATE OF NORTH CAROLINA,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:11CV43

ARTHUR HARRY NORTHRUP, JR.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2011, Order.

                                        Signed: August 3, 2011

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court